UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEENAN BYRD,<br><br>                    Plaintiff,<br><br>    v.<br><br>OFFICER BONESTEEL et al.,<br><br>                    Defendants. | CASE NO. C18-519 RAJ-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

      Plaintiff filed a 42 U.S.C. § 1983 complaint, and submitted an application seeking leave to proceed with this action *in forma pauperis* (IFP). Dkt. 4. The Court finds plaintiff cannot afford the filing fee, and **GRANTS** the application to proceed IFP. Dkt.1.

      (1)    Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

      Subsequently, if the prisoner's account exceeds $10.00, each month the agency having custody of the prisoner is directed to collect and forward payments equal to 20 percent of the

prisoner's preceding month's income credited to the prisoner's account. In the event that the monthly payment would reduce the prisoner's account below $10.00, the agency should collect and forward only that amount which would reduce the prisoner's account to the $10.00 level. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter has been paid.

(2) The Clerk is directed to send a copy of this Order to plaintiff, to the financial officer of this Court, and to the agency having custody of plaintiff.

(3) The Clerk is directed to file the complaint without the prepayment of fees and send plaintiff a copy of this Order.

DATED this 1st day of May, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge